AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| JEUNESSE GLOBAL HOLDINGS, LLC, a Florida Limited Liability Company <br><br> *Plaintiff(s)* <br><br> v. <br><br> TARKAN, LLC, a New Jersey Limited Liability Company, Taruna Kanani, an Individual, and DOES 1-5, inclusive <br><br> *Defendant(s)* | Civil Action No. 6: 17-CV-1193-ORL-37-TBS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tarkan, LLC
c/o Registered Agent, Taruna
40 Mountainview Court
Totowa, NJ 07512

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Christina Bredahl Gierke, Esq.,
Cole, Scott & Kissane, P.A.,
Tower Place, Suite 400
1900 Summit Tower Blvd.
Orlando, FL 32810,
(321) 972-0025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/27/17

*Signature of Clerk or Deputy Clerk*